# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Arthur Shabazz Sanders, Jr.<br><br>Date of Original Judgment: August 5, 2009<br>Date of Previous Amended Judgment: July 13, 2012<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 5:06-CR-285-F4<br>)  USM No: 51332-056<br>)<br>)  Laura S. Wasco<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amendment is applicable to the defendant, but does have the effect of lowering the guideline imprisonment range.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated August 5, 2009, and July 13, 2012 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  2/10/14               _____
                                          *Judge's signature*

Effective Date: _____    James C. Fox, Senior U.S. District Judge
  *(if different from order date)*              *Printed name and title*

EDNC Rev. 11/8/2011